GUY STEUCEK *v.* RONALD E. BAKER

The motion by the plaintiff to strike an assignment of error in the appeal from the Superior Court in New Haven County is denied.

*Abraham S. Ullman* and *Irving H. Perlmutter,* in support of the motion.

*Morris Tyler* and *Richard M. Bell,* in opposition.

Submitted October 8—decided November 24, 1965

GARFIELD K. JACKSON *v.* WARDEN, STATE PRISON

The motion by the petitioner dated October 29, 1965, is denied.

*Garfield K. Jackson,* pro se, the petitioner.

Decided November 24, 1965

MICHAEL NICHOLSON ET AL. *v.* THE CONNECTICUT HALF-WAY HOUSE, INC.

The petition by Peter L. Costas for leave to file a brief and to argue before this court as amicus curiae in the appeal from the Court of Common Pleas in Hartford County is denied.

*Peter L. Costas,* in support of the petition.

*Henry D. Marcus,* on behalf of the appellees (plaintiffs), in opposition.

Submitted October 20—decided November 30, 1965

The petition by Belton A. Copp for leave to file a brief as amicus curiae in the appeal from the Court of Common Pleas in Hartford County is denied.

Submitted November 8—decided November 30, 1965